# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIZABETH M. RUMPF | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 09-557 |
| METROPOLITAN LIFE INSURANCE CO., | : | |
| et al. | : | |

## **ORDER**

AND NOW, this 23rd day of July, 2010, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED as follows:

1. Defendants' Motion for Summary Judgment (Doc. 24) is GRANTED as to the claims of breach of fiduciary duty and failure to produce documents, and DENIED as to the claim for payment of disability benefits.

2. Plaintiff shall file an appropriate motion for benefits, within fourteen (14) days. Defendants shall respond within fourteen (14) days thereafter, and Plaintiff may file a reply brief, limited to fifteen (15) pages, within seven (7) days thereafter.

3. The parties are urged to discuss this matter and advise the Court if they would like a settlement conference before Magistrate Judge David Strawbridge or another judicial officer or independent mediator.

BY THE COURT:

/s/ Michael M. Baylson
_____
Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\09-557 Rumpf v. Metropolitan\Rumpf v. Metropolitan - Order MSJ.wpd