# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIZABETH M. RUMPF | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 09-557 |
| METROPOLITAN LIFE INSURANCE CO., | : | |
| et al. | : | |

## ORDER RE: MOTION TO AMEND COMPLAINT

AND NOW, this 21st day of December, 2010, it is hereby ORDERED that Plaintiff's Motion For Amended Complaint (ECF No. 43) is GRANTED and Plaintiff shall file an Amended Complaint within thirty (30) days. Plaintiff shall serve the Amended Complaint on Defendants.

BY THE COURT:

/s Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\09-557 Rumpf v. Metropolitan\Rumpf -- order leave to amend 122010.wpd